AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

|  |  |
|---|---|
|  | /s/ Gregory T. Murphy |
| Date | Signature |
|  | Print Name                    Bar Number |
|  | Address |
|  | City          State          Zip Code |
|  | Phone Number                  Fax Number |

```
 1 | GREGORY T. MURPHY
   | California State Bar No. 245505
 2 | FEDERAL DEFENDERS OF SAN DIEGO, INC.
   | 225 Broadway, Suite 900
 3 | San Diego, CA 92101-5008
   | (619) 234-8467/Fax: (619) 687-2666
 4 | E-Mail: gregory_murphy@fd.org
 5 | Attorneys for Eleazar Felix-Olivas
 6 |
 7 |
 8 |                    UNITED STATES DISTRICT COURT
 9 |                   SOUTHERN DISTRICT OF CALIFORNIA
10 |                      (HONORABLE LOUISA S. PORTER)
11 | UNITED STATES OF AMERICA,        )   Case No. 08MJ1414
                                      )
12 |           Plaintiff,              )
                                      )
13 | v.                                )   CERTIFICATE OF SERVICE
                                      )
14 | ELEAZAR FELIX-OLIVAS,             )
                                      )
15 |           Defendant.              )
   |_____)
16 |
17 |      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his
18 | information and belief, and that a copy of the foregoing document has been served this day upon:
19 |                         U.S. Attorney CR
                              Efile.dkt.gc2@usdoj.gov
20 |
21 |                                            Respectfully submitted,
22 |
23 | DATED:     May 8, 2008              /s/ Gregory T. Murphy
                                          GREGORY T. MURPHY
24 |                                       Federal Defenders of San Diego, Inc.
                                          Attorneys for Eleazar Felix-Olivas
25 |
26 |
27 |
28 |
```